IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SAFECAST LIMITED,  )  <br>    Plaintiff,  )  <br>                                 )  <br>v.  )  <br>                                 )  <br>DISH NETWORK CORPORATION,  )  <br>    Defendant.  ) | Civil Action No. 6:22-cv-00677-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER**

The Court, having reviewed and considered the Joint Motion to Transfter to the United States District Court for the District of Colorado, does hereby **ORDER** that the above-captioned action be **TRANSFERRED** to the United States District Court for the District of Colorado.

SIGNED this 22nd day of November, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

1